UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCISCO OMAR AVELAR-TORRES, ) | |
| ) | |
| Petitioner, ) | Case No. CV 11-2435 DDP (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| U.S. ATTORNEY GENERAL, et al., ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondents. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: _August 30, 2011__

_____
Dean D. Pregerson
United States District Judge