UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **FRANCISCO OMAR AVELAR-TORRES,**<br>       **Petitioner,**<br>    v.<br><br>**U.S. ATTORNEY GENERAL, et al.,**<br>       **Respondents.** | CASE NO. CV 11-2435-DDP (AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: _August 30, 2011__

_____
Dean D. Pregerson
United States District Judge